# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF LOCATION INFORMATION PERTAINING TO A BLACK 2020 CHEVROLET TAHOE BEARING MINNESOTA LICENSE PLATE EGZ890 AND VEHICLE IDENTIFICATION NUMBER OF 1GNSKBKC4LR282141** | **Case No. MJ-20-26-GF-JTJ**<br><br>**ORDER** |

Based on motion of the United States and good cause appearing, IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R.

\\

\\

\\

Crim. P. 16.

DATED this __3rd__ day of April 2020.

_____
HON. JOHN T. JOHNSTON
U.S. Magistrate Judge